**Opinion issued July 31, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-13-00512-CV**

_____

**JACK GRYNBERG D/B/A GRYNBERG PETROLEUM COMPANY,**
**Appellant**

**V.**

**TELEDRIFT COMPANY D/B/A SPIDLE TURBECO, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-16376**

---

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.